**Exhibit A to the Complaint**

**Location:** Weston, CT  **IP Address:** 173.2.34.201
**Total Works Infringed:** 22  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 67D69A2BBE353BCF91ADBA7D6E626BCF3D5F3A88 | Blacked Raw | 11/11/2018 20:12:53 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 2 | 06274B82F5681AE4B1B24D8530DE7AA2CA2A4922 | Blacked | 11/11/2018 20:07:18 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 3 | 0EC9E20E14E50FE2583B4CBE3484F2703899981E | Blacked | 08/25/2018 01:04:59 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 4 | 12C5A3DD0532311B25BBE5EBABDD30DC226AE3B3 | Vixen | 08/18/2018 19:33:44 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 5 | 1F0A40D9931A60C7401070BBD73D17A7353F0E7D | Blacked Raw | 08/17/2018 01:15:11 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 6 | 232A715993302BFA5E2CD6FED71A05699484F79B | Blacked Raw | 08/12/2018 18:01:04 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 7 | 41F78D5492685571C1698A45C2B9D24E53275C1C | Blacked Raw | 08/12/2018 17:25:33 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 8 | 4E63CF04809C917D6DD242980DC1525FEAFC588F | Blacked | 09/07/2018 23:30:34 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 9 | 4EEFA9E969306D1B807C843A6ABDDCFEE0EEA56D | Blacked | 10/23/2018 00:45:06 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 10 | 67A78C399856D8926F60C10ECA09B324FB6E8AA2 | Blacked | 11/06/2018 22:00:31 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 11 | 87B8B690CA170CEBEA67BF5FD44E2EA98D37CD35 | Vixen | 08/27/2018 21:37:08 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 12 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 08/12/2018 18:04:48 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 13 | A17FA0AD3CBD386524C6B0D132452093081F757E | Blacked Raw | 11/09/2018 20:45:04 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 14 | A305A38A6C350EB4CA2A5DC2F7EBB50E6C0D11DF | Blacked Raw | 09/15/2018 01:28:10 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 15 | A353919144277FCB84900049C4BA758901E11479 | Vixen | 10/07/2018 16:16:10 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 16 | AA244B88D35C16EC77D0485590B19D3F93EF7DC8 | Tushy | 08/18/2018 02:16:42 | 05/26/2018 | 07/14/2018 | PA0002128078 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | AF5A4A6C04F380740EB750A573C86F2215DB39C8 | Vixen | 08/12/2018 17:39:04 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 18 | C8802B98392F44821E9B0EC53C7CC219C69FBBDE | Blacked Raw | 10/24/2018 23:35:03 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 19 | D43EAF2FF1FA2A5C2ACF3F31882CF49FD44BBF88 | Vixen | 09/06/2018 22:23:41 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 20 | D85DE0E9D7114F2D3637FC5C220EE35493898D19 | Vixen | 10/26/2018 22:19:30 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 21 | E6990CFF6229E49B81BC517342C9EB350EE10FB3 | Blacked | 08/12/2018 18:02:24 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 22 | F81796840E75221C994ED330199057C6E8BE0C2D | Blacked Raw | 08/26/2018 18:48:47 | 08/25/2018 | 10/16/2018 | PA0002127783 |